

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR JACKSON | : | CIVIL ACTION |
| v. | : | |
| SUPT. HARRY WILSON, et al. | : | NO. 07-1308 |

**FILED**
MAR 20 2008
MICHAEL E. KUNZ, Clerk
By_____ MJ _____ Dep. Clerk

**O R D E R**

AND NOW, this 20 day of March, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DISMISSED as untimely filed.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.